IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LIU LUN                                                                    PETITIONER
A# 249-122-168

VERSUS                                        CIVIL ACTION NO. 5:26-cv-208-DCB-BWR

RAFAEL VERGARA, Warden of
Adams County Correctional Center
and U.S. I.C.E.                                                          RESPONDENTS

ORDER

This matter is before the Court on pro se Petitioner Liu Lun's Petition for Writ

of Habeas Corpus Under 28 U.S.C. § 2241.[1]  He is an immigration detainee currently

housed at the Adams County Correctional Center in Natchez, Mississippi.  Petitioner

names as the Respondents Rafael Vergara, Warden of Adams County Correctional

Center and U.S. I.C.E.

The proper respondent is the "person having custody over the person detained."

28 U.S.C. § 2243.  "Whenever a § 2241 habeas petitioner seeks to challenge his

present physical custody within the United States, he should name his warden as

respondent and file the petition in the district of confinement."  *Rumsfeld v. Padilla*,

542 U.S. 426, 428 (2004); *see Trump v. J.G.G.,* 604 U.S. 670, 672 (2025) (applying the

district-of-confinement rule in an immigration detention habeas matter).  "[T]he

proper respondent is the warden of the facility where the prisoner is being held, not

---

[1] Petitioner paid the filing fee on March 24, 2026.

the Attorney General or some other remote supervisory official." *Id*. at 435.  The proper Respondent is Rafael Vergara, Warden, Adams County Detention Center.

Because Petitioner fails to state his country of birth, he will be required to provide that information.  Accordingly,

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the docket to reflect that Rafael Vergara, Warden, Adams County Correctional Center, is the proper Respondent and any others listed on the docket are hereby removed as Respondents.

**IT IS FURTHER ORDERED** that Petitioner is directed to file a written and signed response **on or before April 17, 2026**, and state the country of his birth designated by Immigration and Customs Enforcement.

**IT IS FURTHER ORDERED** that Petitioner shall file his written response with the Clerk, U.S. District Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201.

Petitioner is warned that his failure to fully comply with this order in a timely manner or failure to keep this Court informed of his current address as required by the notice of assignment [1-2] may result in the dismissal of this cause.

SO ORDERED, this 2nd day of April, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2