IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LIU LUN,
A# 249-122-168                                                    PETITIONER

V.                                        CIVIL NO. 5:26-cv-208-DCB-BWR

RAFAEL VERGARA                                                   RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 9], which recommends that Respondent's Motion to Dismiss for Mootness [ECF No. 8] should be granted and pro se Petitioner Liu Lun ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot. The basis for this recommendation is that Petitioner was released from ICE detention pursuant to an Order of Supervision. [ECF No. 8] at 1. As Judge Rath's Report has highlighted, Respondent also provided the Court with a Release Notification signed by the ICE Unit Chief from the New Orleans Field Office from April 10, 2026, which notified Petitioner of his release pending removal from the United States. [ECF No. 8-1] at 1. The Report was entered on May 27, 2026, and objections were due by June 10, 2026. No party objected to the Report.

I. Discussion

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of

it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

## II.  Conclusion

The Court, having reviewed Respondent's Motion to Dismiss [ECF No. 8], pro se Petitioner Liu Lun's 28 U.S.C. § 2241 Petition [ECF No. 1], and Judge Rath's Report [ECF No. 9], finds that Respondent's Motion to Dismiss for Mootness should be granted and Petitioner's 28 U.S.C. § 2241 petition should be dismissed without prejudice as moot. The Court adopts Judge Raths's findings and conclusions in full.

Accordingly, The Court agrees with Judge Rath's recommendation. The Report [ECF No. 9] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 16 day of June, 2026.

/s/ David C. Bramlette  
DAVID C. BRAMLETTE III  
UNITED STATES DISTRICT JUDGE

2